**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| TODD JEUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00100-ACL |
| ) | |
| STE. GENEVIEVE COUNTY MEMORIAL ) | |
| HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Todd Jeude's "Motion to Approve § 1915 Review and for IFP, and Rule 4, Issuance of Summons." (ECF No. 13). In his motion, plaintiff asks the Court to waive the filing fee and issue process against the defendants. *Id*.

The Court previously granted plaintiff's motion to proceed in forma pauperis and assessed an initial partial filing fee of $44.70. (ECF No. 10). Additionally, the Court allowed plaintiff to proceed on several claims and directed the Clerk of Court to issue process against both defendants. *Id*. Because the relief requested has already been granted, the Court will deny the motion as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion to Approve § 1915 Review and for IFP, and Rule 4, Issuance of Summons" (ECF No. 13) is **found moot**.

Dated this 11th day of December, 2024.

s/*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE